Sean E. McDonald #113193
Name

P.O. Box 311, ElDorado, KS 67042
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Sean E. McDonald, Plaintiff
(Full Name)

CASE NO. 24-3019-JWL
(To be supplied by the Clerk)

V.

Tommy Williams, EDCF Warden, Defendant(s)

Gregory DiMarzo, LSCF officer

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Sean E. McDonald #113193, is a citizen of Kansas
   (Plaintiff)                                        (State)

   who presently resides at ElDorado Correctional Facility
   (Mailing address or place of confinement.)

2) Defendant Gregory DiMarzo is a citizen of
   (Name of first defendant)

   Larned, Kansas, and is employed as
   (City, State)

   Corrections Officer. At the time the
   (Position and title, if any)

   claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐. If your answer is "Yes", briefly explain:

   he was the officer assigned to work the Cell house

XE-2 8/82                    CIVIL RIGHTS COMPLAINT §1983                                    1

3) Defendant __Tommy Williams__ is a citizen of
   _(Name of second defendant)_

   __Eldorado, Kansas__, and is employed as
   _(City, state)_

   __Warden__. At the time the
   _(Position and title, if any)_

   claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes ☒ No ☐ . If your answer is "Yes", briefly explain:

   He is the warden of the facility I am currently housed at.

   (Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   Deliberate indifference to serious medical need, Eighth Amendment to U.S. Constitution Kansas bill of rights 9

## B. NATURE OF THE CASE

1) Briefly state the background of your case:

   On 10-31-2023 I reported I was in mental distress to Officer Dimarzo he refused to get me treatment in accordance with facility policy and department regulations I slit both my wrist then he called a code I told him atleast 4 times that I needed help.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Deliberate indifference to a serious medical need

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):
See Attached - Paper marked Count 1

B) (1) Count II: Eighth Amendment U.S. Constitution

(2) Supporting Facts: Deliberate indifference may be shown by officers Intentionally denied, delayed access or interfered with inmate necessary medical.

Count 1: Under the 8th amendment cruel or unusal punishment with the §9 of the Kansas constitution Bill of rights, for deliberate indifference may be proven by showing that prison officials intentionally denied, delayed access to or interfered with an inmates necessary medical. Estelle v. Gamble, 429, U.S. 97, 104 (1976); Jones v. Hannigan, 959 F. Supp. 1400, 1406 (D. Kan. 1997); Farmer v. Brennan, 511 U.S. 825, 835-37 (1994). On 10-31-2023 inmate McDonald was having mental health crisis issues. McDonald informed guard G. Dimarzo countless times he was experiencing mental health issues, requesting mental health staff for services due to sucidial thoughts. McDonald was informed to fill out a sick call, for sucidial thoughts by guard Dimarzo. Inmate McDonald repeatedly requested mental health services. Unfortunitly medical care was denied, and McDonald in his depressed state of mind sat down on his bunk took his razor and slit both his wrist at 12:17 am. Only after substantial harm was inflicted did the KDOC guard Dimarzo act accordingly with policies and regulations and call a medical code. Guard Dimarzo clearly knew the risk to Inmate McDonalds health and safety and chose "Recklessly" to disreguard it. Verdicia v. Adams, 327, F.3d. 1171, 1175 (10th Cir. 2003) for such reasons stated above inmate McDonald has shown medical indifference.

Relief sought: Injunctive, that KDOC show the courts that training has been ordered on mental health crisis issues statewide. As this issue could easily occur again.

Compensatory, $15,000.00 to cover the physical harm done to inmate Mcdonald. This compensatory relief also insures that KDOC has taken responsibility and accountability to further prohibit cruel and unusal punishment.

Declaratory relief, a transfer to low medium. As McDonald is being held at high medium arbitrarily in nature due to filing grievances. McDonalds custody is low medium.

McDonald respectfully prays for such relief from this honorable court.

C) (1) Count III: Kansas bill of rights section 9 free from cruel and usual Punishment

(2) Supporting Facts: Inmate McDonald repeatedly asked for help as he was having suicidal thoughts and other Dimarzo refused to get help

D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☒ No ☐ . If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

    a) Parties to previous lawsuit:
        Plaintiffs: Sean McDonald #113183
        Defendants: Hazel M. Peterson
    b) Name of court and docket number U.S. District Court # 5:21-cv-03060-SAC

    c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Summary Judment

    d) Issues raised not sending out legal mail

e) Approximate date of filing lawsuit 9-3-701

f) Approximate date of disposition Unsure

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes ☒ No ☐. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I filed a Grievance and a Personal Injury Claim both were denied

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

Injunctive that KDOC show the courts that training has been added on Mental Health Crisis issues statewide As this issue could easily occur again, Compensatory $15,000.00 to cover the Physical harm done to Inmate McDonie's Declatry relief a trnsfr to a Low medium Like NCF As inmate incarcerated is being held at a high medium when he is minimum custody Punitive Damages for 20,000.00 against officer DiMarzo #11383

_____        _____
Signature of Attorney (if any)        Signature of Plaintiff


_____
(Attorney's full address and telephone number)

5

XE-2 8/82          CIVIL RIGHTS COMPLAINT §1983