Dear U.S. District Court,    2-18-2024

I have no objection of Warden Tommy Williams to be dismissed from this action 5:24-cv-03019-JWL

I would also like to know if I could start discovery?

Respectfully,

Sean E. McDonald