Jon D. Graves, Legal Counsel, SC #10554
Hutchinson Correctional Facility
P.O. Box 1568
Hutchinson, KS 67504-1568
Telephone: (620) 625-7253
Jon.Graves@ks.gov

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SEAN E. MCDONALD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 24-3019-JWL |
| ) | |
| TOMMY WILLIAMS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

### MOTION TO FILE UNDER SEAL AND CONVENTIONALLY
### EXHIBIT 13 TO INVESTIGATIVE REPORT
### PREPARED PURSUANT TO "MARTINEZ V. AARON"

Comes now, Jon D. Graves, Legal Counsel directed to prepare a Martinez Report in the above captioned matter and respectfully moves the Court pursuant to local rule 5.4.6 for permission to file certain exhibits under seal and conventionally to be considered as a part of the Martinez Report in the above captioned matter.

In Support of this Motion, Counsel would state as follows:

1. Pursuant to Local Rule 5.4.6 counsel must file a motion for leave to file documents under seal or conventionally in the Electronic Filing System.

2. The document sought to be filed conventionally and under seal is Exhibit 13 which is the medical record from April 12, 2023 to date, transferred to compact disc. It contains 15.1 MB of data and 1477 pages of text if printed.

3. Plaintiff will be provided a paper copy of Exhibit 13 without redactions. Due to the number of redactions necessary to the complete record it is not feasible for counsel directed to prepare this Martinez Report to individually redact each page.

4. For these reasons, counsel believes the full medical record should be sealed from viewing by those other than the parties or their attorneys and that Exhibit 13 should be filed conventionally on compact disc.

The Court is respectfully requested to allow Legal Counsel to file Exhibit 13 conventionally and under seal with copy provided to plaintiff.

Respectfully submitted,

By___/s/ Jon D. Graves_____

Jon D. Graves #10554
P.O. Box 1568
Hutchinson, KS 67504-1568
(620) 625-7253
Jon.Graves@ks.gov
**Attorney for Interested Party**

## CERTIFICATE OF SERVICE

       I hereby certify that on March 28, 2024, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

Sean McDonald #0113183
El Dorado Correctional Facility
P.O. Box 311
El Dorado, KS 67042
      **PLAINTIFF PRO SE**

                             /s/ Jon D. Graves_____
                             Jon D. Graves