IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

SEAN E. MCDONALD,

    **Plaintiff,**

    v.                                                                         CASE NO. 24-3019-JWL

TOMMY WILLIAMS, et al.,

    **Defendants.**

## ORDER

Plaintiff brings this pro se civil rights action under 42 U.S.C. § 1983. Plaintiff is incarcerated at the El Dorado Correctional Facility in El Dorado, Kansas. The Court granted Plaintiff leave to proceed in forma pauperis. On February 12, 2024, the Court entered a Memorandum and Order (Doc. 4) ("M&O") directing Kansas Department of Corrections ("KDOC") officials to prepare a *Martinez* Report regarding Plaintiff's Eighth Amendment claim against Defendant Dimarzo. This matter is before the Court on the KDOC's Motion to File Under Seal and Conventionally Exhibit 13 to the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10).

The KDOC seeks to file Exhibit 13 under seal and conventionally. Exhibit 13 consists of Plaintiff's medical records and is too large to file electronically. Plaintiff will be provided with a paper copy of Exhibit 13. The motion is granted.

**IT IS THEREFORE ORDERED BY THE COURT** that the KDOC's Motion to File Under Seal and Conventionally Exhibit 13 to the Investigative Report Prepared Pursuant to "Martinez v. Aaron" (Doc. 10) is **granted.**

2

**IT IS FURTHER ORDERED** that Exhibit 13 shall be filed under seal and conventionally.

**IT IS SO ORDERED**.

**Dated March 28, 2024, in Kansas City, Kansas.**

<u>S/ John W. Lungstrum</u>
**JOHN W. LUNGSTRUM**
**UNITED STATES DISTRICT JUDGE**