Case #24-3019

Dear U.S. District Court,                                              4-16-20

I am writing the Court to inform them that I have been moved to the Winfield Correctional Facility the address is:

    Sean E. McDonald #113183
    1806 Pinecrest Circle
    Winfield, Kansas 67156

So any documents from the Court need to be sent to the address above.

Respectfully,

Sean E. McDonald