### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **SEAN E. MCDONALD,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 24-3019-HLT-TJJ |
| ) | |
| **TOMMY WILLIAMS,** *et al.,* ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER FOR CLERK'S FOURTEEN-DAY EXTENSION

Pursuant to Local Rule 77.2, Defendant Dimarzo should be and hereby is granted fourteen (14) additional days in which to answer or otherwise plead to the petition filed herein. This is the first request for an extension. Defendant's answer or other responsive pleading was originally due May 24, 2024. The time to answer has not expired. Defendant's answer or other responsive pleading is now due on or before June 7, 2024.

Dated this 21st day of May 2024 at Kansas City, KS.

Clerk of the United States District Court
For the District of Kansas

By: /s/ Jeffrey Scott Hokanson, Deputy Clerk
     Deputy Clerk

PREPARED BY:

KRIS W. KOBACH
ATTORNEY GENERAL OF KANSAS

/s/ Matthew L. Shoger
Matthew L. Shoger, KS S Ct. #28151
Assistant Attorney General
Office of the Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612-1597
Telephone:  785-296-2215
FAX:  785-291-3767
Email: *matt.shoger@ag.ks.gov*
*Attorney for Defendant*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May, 2024, the foregoing document was filed with the clerk of the court by using the CM/ECF system, with a copy served by means of first-class mail, postage prepaid, addressed to:

Sean E. McDonald, #113183
1806 Pinecrest Circle
Winfield, Kansas 67156
*Plaintiff, pro se*

/s/ Matthew L. Shoger
Matthew L. Shoger