IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| SEAN E. MCDONALD | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No: 5:24-CV-3019-HLT-TJJ |
| GREGORY DIMARZO, | ) ) ) ) |
| Defendant. | ) |

**SCHEDULING ORDER**

This is a civil-rights action filed by an individual who is incarcerated and not represented by a lawyer. Accordingly, Federal Rule of Civil Procedure 26(f), which generally requires parties to confer and propose a discovery plan before the court enters a scheduling order, does not apply. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv) and 26(f). Additionally, initial disclosures regarding witnesses and documents upon which the parties intend to rely to support their claims and defenses, plaintiff's damage computations, and any insurance coverage defendants might have are not required in this case. *See* Fed. R. Civ. P. 26(a)(1)(B)(iv). The court therefore proceeds to enter the following Scheduling Order.

The court orders the parties to comply with the following deadlines and discovery directives:

1. Any motion to amend the complaint or to add parties must be filed by **September 13, 2024**.

1

2. Any motion seeking dismissal of plaintiff's claims, whether based on failure to state a claim, failure to exhaust administrative remedies, or any other reason, must be filed by **September 16, 2024**.

3. Any motion for a protective order to govern the exchange of discovery (whether agreed to by both sides or not) shall be filed by **August 2, 2024.**

    3.1 The party or parties seeking entry of a protective order must submit the proposed order (formatted in MS Word) as an attachment to an e-mail sent to *ksd_james_chambers@ksd.uscourts.gov*.

    3.2 The proposed order should follow the District of Kansas preapproved form protective order, available on the court's website: http://ksd.uscourts.gov/index.php/forms/?open=CivilForms.

4. Any discovery requests must be served by **October 4, 2024.**

    4.1. No discovery requests may be served after this deadline except by stipulation of the parties or by court order for good cause shown.

    4.2. Responses to discovery must be served within the time provided by the Federal Rules of Civil Procedure unless the parties stipulate otherwise.

5. Any deposition of plaintiff must be taken by **November 12, 2024.**

    5.1. Leave of court for the taking of such deposition is granted pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). The deposition may be taken by telephone at the option of defendants.

    5.2 Plaintiff must file any motion to depose by **July 15, 2024**.

6.     All discovery must be completed by **November 12, 2024.**

7.     Dispositive motions (e.g., for summary judgment) must be filed by **January 13, 2025.**

8.     A proposed joint pretrial order must be submitted by **November 27, 2024**.

    8.1.     Defense counsel is responsible for initiating the drafting of the proposed pretrial order in the form available on the court's website: http://ksd.uscourts.gov/index.php/forms/?open=CivilForms.

    8.2     Defense counsel must submit the parties' proposed pretrial order (formatted in MS Word) as an attachment to an e-mail sent to *ksd_james_chambers@ksd.uscourts.gov*. The proposed pretrial order must not be filed with the Clerk's Office.

    8.3     Pursuant to Fed. R. Civ. P. 16(a), a pretrial conference is scheduled for **December 19, 2024 at 10:00 a.m.** before Magistrate Judge Teresa James by telephone (888-363-4749; access code 4901386).

9.     Limits on discovery.

    9.1.     Interrogatories: No more than 25 (including discrete subparts) by each party to any other party.

    9.2.     Requests for production of documents: No more than 15 from each party to any other party.

    9.3.     Requests for admissions: No more than 10 from each party to any other party.

        9.4.    Depositions: Because of the logistical problems involved, self-represented, incarcerated parties may not take depositions without prior court permission. Such permission will not be granted except upon a showing of exceptional circumstances.

        10.    Discovery disputes. Before filing any disputed discovery-related motion, and after satisfying the duty to confer or to make a reasonable effort to confer under Fed. R. Civ. P. 37(a)(1) and D. Kan. Rule 37.2, the party intending to file a discovery-related motion must email the court to arrange a telephone conference with the judge and opposing counsel. The email request, preferably in a joint submission, must include a brief, nonargumentative statement of the nature of the dispute; the estimated amount of time needed for the conference, and suggested dates and times; and any preference for conducting the conference in person or by phone. The court will typically grant the request and contact the parties to arrange the conference within a few days. The court will inform the parties whether any additional information should be submitted or filed in advance of this conference. Unless otherwise requested by the court, no disputed discovery-related motion, material, or argument should be filed or submitted prior this telephone conference. See D. Kan. Rule 37.1(a). This scheduling order will not be modified except by leave of court upon a showing of good cause.

    IT IS SO ORDERED.

    Dated July 16, 2024, at Kansas City, Kansas.

                                                                      /s/ Teresa J. James
                                                                      Teresa J. James
                                                                      U. S. Magistrate Judge