# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

SEAN E. MCDONALD,

                Plaintiff,

v.                                       Case No. 5:24-cv-03019-HLT-TJJ

GREG DIMARZO,

                Defendants.

## Notice of Compliance

Defendant DiMarzo notifies the Court and that he has complied with the Court's Order of February 25, 2025 by mailing copies of medical records in defense counsel's possession from April 2023 through December 2024, totaling 2541 pages, to plaintiff in care of Lansing Correctional Facility.

                                        **Fisher, Patterson, Sayler & Smith, LLP**
                                        3550 S.W. 5th Street
                                        Topeka, Kansas 66606
                                        Tel: (785) 232-7761 | Fax: (785) 232-6604
                                        dcooper@fpsslaw.com | ksittenauer@fpsslaw.com

                                        **s/David R. Cooper**
                                        David R. Cooper              #16690
                                        Katherine E. Sittenauer    #29903
                                        **Attorney for Defendant DiMarzo**

## Certificate of Service

On March 13, 2025, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

I further certify that I caused the foregoing document to be mailed by first-class mail to the following non-CM/ECF participant:

Sean E. McDonald #113183
Lansing Correctional Facility
P.O. Box 2
Lansing, Kansas 66043
*Pro Se* **Plaintiff**

                                                                    **s/David R. Cooper**