# United States District Court

------------------------- DISTRICT OF KANSAS--------------------------

| | |
|---|---|
| SEAN E. MCDONALD,<br><br>    Plaintiff,<br><br>    v.<br><br>TOMMY WILLIAMS and GREGORY DIMARZO,<br><br>    Defendants. | Case No. 5:24-cv-03019-HLT |

## JUDGMENT IN A CIVIL CASE

☐   Jury Verdict.  This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

Pursuant to the Memorandum and Order (Doc. 7), Plaintiff's claims against Tommy Williams are dismissed.

Pursuant to the Memorandum and Order (Doc. 71), judgment is entered in favor of Defendant Gregory Dimarzo. This case is closed.

IT IS SO ORDERED.

SKYLER O'HARA
CLERK OF THE COURT

Dated: July 16, 2025            /s/ M. Deaton
                                 By Deputy Clerk